IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO} |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the files in the above-styled causes of action, and in the interest of clarity, the CLERK is DIRECTED to place a copy of the *in forma pauperis* motion filed in Civil Action No. 2:11-CV-44-ID-CSC on the docket in Civil Action No. 2:11-CV-38-ID-CSC.

Done this 19th day of January, 2011.

                                         /s/ Charles. S. Coody
                                         CHARLES S. COODY
                                         UNITED STATES MAGISTRATE JUDGE