IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO} |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend complaint filed by the plaintiff on January 25, 2011 (Court Doc. No. 15), in which the plaintiff seeks to amend the relief sought in this case, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of January, 2011.

/s/ Charles. S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE