IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-38-ID |
| | ) CIVIL ACTION NO. 2:11-CV-44-ID |
| | ) [WO} |
| ALA. DEPT. OF CORRECTIONS COMMISSIONER, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On January 25, 2011, the plaintiff filed a motion for appointment of counsel (Court Doc. No. 16). The facts underlying the instant complaint are relatively simple, the law applicable to such claims is not complex nor is the plaintiff required to cite any case law to this court in order to proceed on his claims. Moreover, the pleadings filed in this civil action by the plaintiff indicate this inmate is more than capable of presenting the relevant facts and necessary elements of his claims and likewise fail to demonstrate that there are circumstances present herein, exceptional or otherwise, justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, the interests of justice do not warrant appointment of counsel at this time, and it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 25th day of January, 2011.

　　　　　　　　　　　　　　　　　　　/s/   Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE