IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO} |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the interrogatories and requests for production of documents filed by the plaintiff on February 4, 2011 (Court Doc. No. 28, Court Doc. No. 29 and Court Doc. No. 30), and for good cause, it is

ORDERED that on or before March 4, 2011 the defendants shall object or otherwise respond to the aforementioned interrogatories/discovery requests filed by the plaintiff. It is further

ORDERED that the plaintiff shall file no further discovery requests without first obtaining leave of this court.

Done this 7th day of February, 2011.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE