IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHANIEL HAYES,  #172136,                    )
                                               )
           Plaintiff,                          )
                                               )
v.                                             )     CIVIL ACTION NO. 2:11-CV-38-ID
                                               )     CIVIL ACTION NO. 2:11-CV-44-ID
                                               )              [WO]
                                               )
ALA. DEPT. OF CORRECTIONS                      )
COMMISSIONER, et al.,                          )
                                               )
           Defendants.                         )

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend complaint filed by the plaintiff on February 7, 2011 (Court Doc. No. 32), in which the plaintiff seeks to substitute Sgt. Douglass McKinney as a defendant for Sgt. Jenkins, and for good cause, it is

ORDERED that:

1.  This motion be and is hereby GRANTED.

2.  Sgt. Douglass McKinney be substituted as a defendant for Sgt. Jenkins in this cause of action.

3.  Defendant McKinney shall file a written report and answer in accordance with the directives of the order issued on January 19, 2011 (Court Doc. No. 6).

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the order of procedure issued on January 19, 2011 (Court Doc. No. 6), the complaint and this amendment to the complaint to Sgt. Douglass McKinney.  A copy of this order and a copy of the present amendment to the complaint shall likewise be furnished to the General Counsel for

the Alabama Department of Corrections.

Done this 8th day of February, 2011.


   /s/ Charles. S. Coody_____
   CHARLES S. COODY
   UNITED STATES MAGISTRATE JUDGE