IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO] |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the notice of intent to submit subpoena on non-party filed by the plaintiff on January 26, 2011 (Court Doc. No. 23), which the court construes to contain a motion for issuance of subpoena in support of preliminary injunction, and the motion for leave to submit additional subpoena in support of preliminary injunction filed by the plaintiff on February 7, 2011 (Court Doc. No. 33-1), and as the court finds that the documents sought by the plaintiff are not necessary to disposition of the motion for preliminary injunction nor is issuance of a subpoena required for the plaintiff to receive access to these records, it is

ORDERED that these motions be and are hereby DENIED.

Done this 8th day of February, 2011.

　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE