IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO] |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the documents filed by the plaintiff, and for good cause, it is

ORDERED that on or before February 23, 2011 the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his inmate medical/mental health files. **The plaintiff is hereby informed that neither prison nor medial officials are required to provide him with copies of documents without prepayment of all costs associated with producing the copies.** Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies. The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is**

**therefore cautioned that no further orders will be entered requiring additional access to his medical/mental health records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

The Clerk is DIRECTED to provide a copy of this order to the defendants, General Counsel for the Alabama Department of Corrections and the medical director of the health care unit at the Kilby Correctional Center.

Done this 8th day of February, 2011.


    /s/  Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE