IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-38-ID |
| | ) CIVIL ACTION NO. 2:11-CV-44-ID |
| | ) [WO] |
| | ) |
| ALA. DEPT. OF CORRECTIONS | ) |
| COMMISSIONER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to submit interrogatories filed by the plaintiff on February 16, 2011 (Court Doc. No. 43), and as the defendants have not yet filed their special report which should contain all relevant information sought by the plaintiff, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of February, 2011.

/s/ Charles. S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE