IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL HAYES, #172136 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CV-38-ID |
| | ) | 2:11-CV-44-ID |
| ALA. DEPT. OF CORRECTIONS | ) | (WO) |
| COMMISSIONER, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #25), and Plaintiff's Objection, (Doc. #34). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1.  Plaintiff's Objection (Doc. #34) be and the same is hereby OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #25) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3.  The motion for preliminary injunction (Doc. #8) be and the same is hereby denied;

4.  This case be and the same is hereby REFERRED back to the United States Magistrate Judge for additional proceedings as appropriate.

DONE this the 17th day of February, 2011.

                                            /s/ Ira DeMent
                                            SENIOR UNITED STATES DISTRICT JUDGE