IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL HAYES,  #172136, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| | ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| | ) | [WO] |
| | ) | |
| ALA. DEPT. OF CORRECTIONS | ) | |
| COMMISSIONER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In their response filed on March 1, 2011 (Court Doc. No. 52), the defendants advise that the

correct spelling of officer Taweaun Crawford's name is Taurean Crawford.  Accordingly, it is

ORDERED that Taurean Crawford be substituted as a defendant for Taweaun Crawford.

The Clerk is hereby DIRECTED to serve a copy of the complaint, amendments to the complaint, the

order of procedure entered on January 19, 2011 (Court Doc. No. 6) and this order on Taurean

Crawford at the address contained in the sealed response filed by the defendants on March 1, 2011

(Court Doc. No. 52).  It is further

ORDERED that Taurean Crawford be GRANTED an extension to and including March 31,

2011 to file his/her written report and answer.

Done this 1str day of March, 2011.

/s/  Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE