IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO] |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the requests for discovery filed by the plaintiff on February 4, 2011 (Court Doc. No. 28, Court Doc. 29 and Court Doc. No. 30) and the response filed by the defendants on March 4, 2011 (Court Doc. No. 55), and in light of the previous orders entered in this case addressing discovery, it is

ORDERED that:

1. In accordance with the order of procedure entered on January 19, 2011 (Court Doc. No. 6), the defendants shall file as exhibits to their written report: (i) copies of all institutional documents regarding the plaintiff's placement in segregation at Kilby in December of 2010, including administrative regulations, reports and classification reviews, relevant to the issues raised in the complaint, and (ii) affidavits from the defendants and/or other correctional personnel with personal knowledge of the claims raised by the plaintiff challenging his placement in segregation.

2.  Defendant McKinney be and is hereby GRANTED an extension from March 14, 2011 to and including March 31, 2011 to file his response to interrogatories as directed by the order entered on February 10, 2011 (Court Doc. No. 40).

3.  All other requests for discovery sought by the plaintiff be and are hereby DENIED as either irrelevant and/or overly burdensome.

4. The motion to stay discovery filed by the defendants be and is hereby DENIED as moot.

Done this 7th day of March, 2011.

   /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE