IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHANIEL HAYES,  #172136,              )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )     CIVIL ACTION NO. 2:11-CV-38-ID
                                        )     CIVIL ACTION NO. 2:11-CV-44-ID
                                        )             [WO]
                                        )
ALA. DEPT. OF CORRECTIONS               )
COMMISSIONER, et al.,                   )
                                        )
          Defendants.                   )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 13, 2011 (Court Doc. No. 86-2)
which the court construes to contain a motion for leave to conduct discovery, and as the responses
and documents sought by the plaintiff are either irrelevant to disposition of the issues pending before
this court or are cumulative to the evidentiary materials submitted by the defendants, it is

ORDERED that this motion be and is hereby DENIED.

Done this 15th day of June, 2011.


    /s/  Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE