IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| ) | [WO] |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | |
| COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to adjudicate plaintiff's responsive affidavit filed by the plaintiff on December 6, 2011 (Court Doc. No. 96), and as the special report filed by the defendants properly addresses each of the claims presented for relief, it is

ORDERED that this motion be and is hereby DENIED.

Done this 7th day of December, 2011.

　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE