IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-38-ID |
| | ) CIVIL ACTION NO. 2:11-CV-44-ID |
| | ) [WO] |
| | ) |
| ALA. DEPT. OF CORRECTIONS COMMISSIONER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on December 6, 2011 (Court Doc. No. 96), which the court construes to contain a motion for immediate adjudication, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 7th day of December, 2011.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE