IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, #172136, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>ALA. DEPT. OF CORRECTIONS )<br>COMMISSIONER, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO. 2:11-CV-38-ID<br>CIVIL ACTION NO. 2:11-CV-44-ID<br>[WO] |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on December 6, 2011 (Court Doc. No. 96), which the court construes to contain a motion for immediate adjudication, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 7th day of December, 2011.

       /s/ Charles S. Coody
      CHARLES S. COODY
      UNITED STATES MAGISTRATE JUDGE