IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NATHANIEL HAYES,              )
                              )
     Plaintiff,               )
                              )
     v.                       )     CIVIL ACTION. NO.
                              )        2:11cv38-MHT
ALA. DEPT. OF CORRECTIONS     )            [WO]
COMMISSIONER, et al.,         )
                              )
     Defendants.              )


NATHANIEL HAYES,              )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )        2:11cv44-MHT
                              )            [WO]
ALA. DEPT. OF CORRECTIONS     )
COMMISSIONER, et al.,         )
                              )
     Defendants.              )
```

NEW JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) The motion for summary judgment (Doc. No. 72) filed by Alabama Department of Corrections Commissioner, John Cummings (whose last name is actually "Cummins"), Victor Napier, Angela Lawson, Douglas McKinney, and Taurean Crawford is granted.

(2) Judgment is entered favor of defendants Alabama Department of Corrections Commissioner, Cummings, Napier, Lawson, McKinney, and Crawford and against plaintiff Nathaniel Hayes, with plaintiff Hayes taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Hayes, for which execution may is issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These two cases are closed.

DONE, this the 8th day of April, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**